EXHIBIT "A"

EICHEN CRUTCHLOW ZASLOW & McELROY
EDWARD McELROY, ESQ. ID#055771994
563  Lakehurst Road
Toms River, New Jersey  08755
(732) 575-1400
Attorneys for Plaintiff(s)

CIVIL RECORDS
N.J. SUPERIOR COURT
MIDDLESEX VICINAGE

2017 MAR -6  P 3:32

FILED & RECEIVED #5

| | |
|---|---|
| JULIO F. HERNANDEZ | : SUPERIOR COURT OF NEW JERSEY |
| | : LAW DIVISION-MIDDLESEX COUNTY |
| | : DOCKET NO.: L  _L-1482-17_ |
| Plaintiff, | : |
| | :  Civil Action |
| vs. | : |
| | : COMPLAINT, JURY DEMAND, |
| JOSEPH D. LIGHT, C&M TRUCK | : DEMAND FOR INTERROGATORIES, |
| REPAIR and JOHN DOES 1-10, | : SUPPLEMENTAL INTERROGATORIES |
| | : and NOTICE TO PRODUCE |
| Defendant | : |

Plaintiff, JULIO F. HERNANDEZ,  residing in Middlesex County, New

Jersey, complaining of defendant, alleges and says:

### FIRST COUNT

1.  On the 14th day of September 2015, Plaintiff, JULIO F. HERNANDEZ,

was the owner and operator of a motor vehicle which was traveling westbound on

Talmadge Road, in the Township of Edison, Middlesex County, New Jersey.

2.  At the time and place aforesaid, Defendant, JOSEPH D. LIGHT, was the

operator of a motor vehicle owned by defendant C&M TRUCK REPAIR, which was

traveling northbound on National Road, in the Township of Edison, Middlesex

County, New Jersey.

3. Defendant so negligently and carelessly operated his motor vehicle  so as to

cause a collision to occur.

4. As a direct and proximate result of the of the negligence of Defendant, JOSEPH D. LIGHT, individually, jointly or severally, the plaintiff, JULIO F. HERNANDEZ, was caused to suffer injuries to his head, limbs and body; he was caused to suffer great pain and will be caused to suffer great pain in the future; he was caused to incur medical expenses and will be caused to incur medical expenses in the future; he was caused to lose time from his employment and will be caused to lose time from his employment in the future; and he was caused to suffer permanent injury.

WHEREFORE, Plaintiff, JULIO F. HERNANDEZ, demands judgment against Defendant, JOSEPH D. LIGHT, individually, jointly or severally, together with counsel fees and costs.

## SECOND COUNT

1. Plaintiff repeats the allegations contained in the previous count and makes them a part hereof as though the same were more fully set forth herein and made a part hereof.

2.  At the time aforesaid, defendant, C&M TRUCK REPAIR, was the owner of the motor vehicle operated by defendant, JOSEPH D. LIGHT.

3.  As the result of the negligence of defendant, C&M TRUCK REPAIR, in permitting the use of said motor vehicle by defendant, JOSEPH D. LIGHT, plaintiff, JULIO F. HERNANDEZ, was permanently injured, suffered and will in the future suffer great pain and mental anguish, was required and will in the future be required to seek medical care and attention, and was prevented and will in the future be prevented from engaging in his usual pursuits and occupations.

4.     As a result of permitting defendant, JOSEPH D. LIGHT, to operate said motor vehicle for his pleasure, business and /or family use, and/or as the agent of the defendant, C&M TRUCK REPAIR, defendant, C&M TRUK REPAIR, is or may be primarily and vicariously liable for the injuries sustained by the plaintiff, JULIO F. HERNANDEZ, and as the result of negligence, carelessness and recklessness of the permitted user, defendant, JOSEPH D. LIGHT.

WHEREFORE, plaintiff, JULIO F. HERNANDEZ,   demands judgment against the defendant, C&M TRUCK REPAIR, for compensatory damages, together with interest, costs of suit and such other damages as the Court may deem just and appropriate.

## THIRD COUNT

1. Plaintiff repeats the allegations contained in the previous counts and makes them a part hereof as though the same were more fully set forth herein and made a part hereof.

2. Plaintiff alleges there was a breach of motor vehicle and other statutes and that constitutes a statutory tort.

WHEREFORE, Plaintiff, JULIO F. HERNANDEZ, demands judgment against Defendants, JOSEPH D. LIGHT AND C&M TRUCK REPAIR, jointly, severally or in the alternative, together with counsel fees and costs.

## FOURTH COUNT

1. Plaintiff repeats the allegations contained in the previous counts and makes them a part hereof as though the same were more fully set forth herein and made a part hereof.

3

2.   As a direct result of the negligence of the defendant, JOHN DOES 1-10 (NAMES UNKNOWN), plaintiff, JULIO F. HERNANDEZ, was severely and permanently injured, suffered and in the future will experience great pain and suffering, did and in the future will be required to expend large sums of money for medical care and attention and has been and will in the future be disabled and prevented from attending to his necessary affairs and business.

WHEREFORE, plaintiff, JULIO F. HERNANDEZ,   demands judgment against the defendant(s), JOHN DOES 1-10 (NAMES UNKNOWN), for damages interest and costs of suit.

### JURY DEMAND

PLEASE TAKE NOTICE that Plaintiff, pursuant to R. 4:35-1, demands a trial by jury as to all issues.

### CERTIFICATION

Pursuant to Rule 4:5-1, it is stated that the matter in controversy is not the subject to any other action pending in any other court or of a pending arbitration proceeding to the best of our knowledge and belief.  Also, to the best of our belief, no other action or arbitration proceeding is contemplated.  Further, other than the parties set forth in this pleading, we know of no other parties that should be joined in the above action.  In addition, we recognize the continuing obligation of each party to file and serve on all parties, and the Court, an amended certification if there is a change in the facts stated in this original Certification.

I further certify that confidential personal identifiers have been redacted from documents now submitted to the Court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

## NOTICE TO PRODUCE

Pursuant to Rule 4:18-1, the plaintiff hereby demands that the defendants produce the following documents within thirty (30) days as prescribed by the Rules of Court. Additionally, please be advised that the following requests are ongoing and continuing in nature and the defendant is, therefore, required to continuously update its responses thereto as new information or documentation comes into existence.

1. The amounts of any and all insurance coverage covering the defendants, including but not limited to, primary insurance policies, secondary insurance policies and/or umbrella policies.  For each such policy of insurance, supply a copy of the declaration page there from.

2. Copies of any and all documentation or reports, including but not limited to, police reports, accident reports and/or incident reports concerning the happening of the incident in question or any subsequent investigation of same.

3. Copies or duplicates of any and all photographs, motion pictures, videotapes, films, drawings, diagrams, sketches, or other reproductions, descriptions or accounts concerning the individuals involved in the accident in question, the property damage sustained, the accident scene, or anything else relevant to the incident in question.

5

4.    Copies of any and all signed or unsigned statements, documents, communications and/or transmissions, whether in writing, made orally or otherwise recorded by any mechanical or electronical means, made by any party to this action, any witness, or any other individual, business, corporation, investigative authority, or other entity concerning anything relevant to the incident in question.

5.  Copies of any and all documentation, including but not limited to, contracts between the owner of the property or product involved in the incident in question or any of the parties involved in this matter.

6.  Copies of any and all discovery received from any other parties to the action in question.

7.    Copies of any and all medical information and/or documentation concerning the plaintiff in this matter whether it concerns any medical condition or treatment which took place before, during or after the time of the incident in question.

8.  Copies of any and all records of any type subpoenaed by the defendant or received from any other source concerning the plaintiff or the incident in question.

9.    Provide the phone number, address and cell phone carrier of the defendant together with a copy of the bill for 1 month prior to the accident, the month of the accident and 2 months after the accident.

10.    A complete copy of the property damage file for the defendant's vehicle.

## DESIGNATION OF TRIAL COUNSEL

PLEASE TAKE NOTICE that pursuant to R.4:25-4, EDWARD MCELROY, is hereby designated as trial counsel in the above matter for the firm of Eichen Crutchlow Zaslow & McElroy, attorneys for the plaintiff.

## DEMAND FOR INTERROGATORIES

DEMAND is hereby made on the defendants to answer fully and responsively Form C and Form C(1) uniform interrogatories, personal injury, Superior Court, found in Appendix II as provided by R.4:17-1(b)(ii) and the other applicable Rules of Court.

EICHEN CRUTCHLOW ZASLOW & MCELROY
Attorneys for Plaintiff

BY: _____
EDWARD MCELROY

Dated: March 3, 2017

Julio F. Hernandez v. Light, et als

## SUPPLEMENTAL AUTO INTERROGATORIES

S1.   Was any written report of the accident or any circumstances relating to the accident made by the defendant or to the defendant or any servant, agent, or employee of the defendant and if so, set forth the substance of the report and attach a copy hereto.

S2.   Did the police or any governmental authority made a report of the accident and if so, set forth the substance of the report and attach a copy hereto.

S3.   Does the defendant have possession of any photographs, motion pictures, videotapes or surveillance reports of the Plaintiffs and, if so, identify the contents of each and attach a copy hereto.

S4.   Please state the name/s of the individuals or agencies who are responsible for repairing and/ or maintaining the automobile.

S5.   Does the defendant contend that the Plaintiff's injuries were caused by another accident or some other physical condition, disease or injury and, if so, set forth the nature of and attach a copy of all written documents relating thereto that are in the possession of the defendant.

S6.   Does the defendant intend to produce the testimony at trial of any expert witnesses, including the treating physicians or any persons who have conducted an examination pursuant to Rule 4:19 and, of so, set forth the names and addresses of the witnesses, their area of expertise, the subject matter on which they are expected to testify, the substance of the facts and opinions on which they are expected to testify and a summary of the grounds of each opinion and attach a true copy of all written reports provided to you by such witnesses and a summary of any oral report.

## __CERTIFICATION__

I hereby certify that the copies of the reports annexed hereto rendered by either treating physicians or proposed expert witnesses are exact copies of the entire report or reports rendered by them; that the existence of other reports of said doctors or experts, written or oral, are unknown to me, and if such become later known or available, I shall serve them promptly on the propounding party.

Date: _____          _____

Appendix XII-B1

## CIVIL CASE INFORMATION STATEMENT
### (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed

CIVIL RECORD
SUPERIOR
MIDDLESEX VICINAGE

2011 MAR -6 P 12:32

| | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| PAYMENT TYPE: | ☐ CK ☐ CG ☐ CA |
| CHG/CK NO. | |
| AMOUNT: | |
| OVERPAYMENT: | |
| BATCH NUMBER: | |

| ATTORNEY / PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| EDWARD MCELROY, ESQ. | (732) 575-1400 | Middlesex |

| FIRM NAME (if applicable) | DOCKET NUMBER (when available) |
|---|---|
| EICHEN CRUTCHLOW ZASLOW & MCELROY | L - 1982-17 |

| OFFICE ADDRESS | DOCUMENT TYPE |
|---|---|
| 563 LAKEHURST ROAD, TOMS RIVER, NJ 08755 | COMPLAINT |
| | JURY DEMAND  ☒ YES  ☐ No |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| JULIO F. HERNANDEZ | JULIO F. HERNANDEZ V. JOSEPH D. LIGHT, ET ALS |

| CASE TYPE NUMBER (See reverse side for listing) | HURRICANE SANDY RELATED? | IS THIS A PROFESSIONAL MALPRACTICE CASE?    ☐ YES  ☒ NO |
|---|---|---|
| 603N | ☐ YES  ☒ NO | IF YOU HAVE CHECKED "YES," SEE *N.J.S.A.* 2A:53 A -27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |

| RELATED CASES PENDING? | IF YES, LIST DOCKET NUMBERS |
|---|---|
| ☐ Yes  ☒ No | |

| DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)? | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known) |
|---|---|
| ☐ Yes  ☐ No | ☐ NONE  ☐ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP? | IF YES, IS THAT RELATIONSHIP: |
|---|---|
| ☐ Yes  ☒ No | ☐ EMPLOYER/EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain)  ☐ FAMILIAL  ☐ BUSINESS |

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?   ☒ YES   ☐ No

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS? | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION |
|---|---|
| ☐ Yes  ☒ No | |
| WILL AN INTERPRETER BE NEEDED? | IF YES, FOR WHAT LANGUAGE? |
| ☐ Yes  ☒ No | |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

ATTORNEY SIGNATURE:

Effective 10/01/2016, CN 10517

page 1 of 2

**Side 2**



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule 4:5-1*

## CASE TYPES (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I - 150 days' discovery
151  NAME CHANGE
175  FORFEITURE
302  TENANCY
399  REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
502  BOOK ACCOUNT (debt collection matters only)
505  OTHER INSURANCE CLAIM (including declaratory judgment actions)
506  PIP COVERAGE
510  UM or UIM CLAIM (coverage issues only)
511  ACTION ON NEGOTIABLE INSTRUMENT
512  LEMON LAW
801  SUMMARY ACTION
802  OPEN PUBLIC RECORDS ACT (summary action)
999  OTHER (briefly describe nature of action)

### Track II - 300 days' discovery
305  CONSTRUCTION
509  EMPLOYMENT (other than CEPA or LAD)
599  CONTRACT/COMMERCIAL TRANSACTION
603N  AUTO NEGLIGENCE – PERSONAL INJURY (non-verbal threshold)
603Y  AUTO NEGLIGENCE – PERSONAL INJURY (verbal threshold)
605  PERSONAL INJURY
610  AUTO NEGLIGENCE – PROPERTY DAMAGE
621  UM or UIM CLAIM (includes bodily injury)
699  TORT – OTHER

### Track III - 450 days' discovery
005  CIVIL RIGHTS
301  CONDEMNATION
602  ASSAULT AND BATTERY
604  MEDICAL MALPRACTICE
606  PRODUCT LIABILITY
607  PROFESSIONAL MALPRACTICE
608  TOXIC TORT
609  DEFAMATION
616  WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
617  INVERSE CONDEMNATION
618  LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV - Active Case Management by Individual Judge / 450 days' discovery
156  ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
303  MT. LAUREL
508  COMPLEX COMMERCIAL
513  COMPLEX CONSTRUCTION
514  INSURANCE FRAUD
620  FALSE CLAIMS ACT
701  ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (Track IV)
271  ACCUTANE/ISOTRETINOIN
274  RISPERDAL/SEROQUEL/ZYPREXA
281  BRISTOL-MYERS SQUIBB ENVIRONMENTAL
282  FOSAMAX
285  STRYKER TRIDENT HIP IMPLANTS
286  LEVAQUIN
287  YAZ/YASMIN/OCELLA
289  REGLAN
290  POMPTON LAKES ENVIRONMENTAL LITIGATION
291  PELVIC MESH/GYNECARE
292  PELVIC MESH/BARD
293  DEPUY ASR HIP IMPLANT LITIGATION
295  ALLODERM REGENERATIVE TISSUE MATRIX
296  STRYKER REJUVENATE/ABG II MODULAR HIP STEM COMPONENTS
297  MIRENA CONTRACEPTIVE DEVICE
299  OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
300  TALC-BASED BODY POWDERS
601  ASBESTOS
623  PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1,
in the space under "Case Characteristics.

**Please check off each applicable category**  ☐ **Putative Class Action**   ☐ **Title 59**

```
MIDDLESEX VICINAGE CIVIL DIVISION
P O BOX 2633
56 PATERSON STREET
NEW BRUNSWICK   NJ 08903-2633
                                    TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (732) 519-3728
COURT HOURS  8:30 AM - 4:30 PM


                    DATE:   MARCH 13, 2017
                    RE:     HERNANDEZ JULIO F VS LIGHT JOSEPH D
                    DOCKET: MID L -001482 17


   THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

    DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

   THE PRETRIAL JUDGE ASSIGNED IS:  HON ANDREA CARTER

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      003
AT:  (732) 519-3745 EXT 3745.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH R.4:5A-2.
                    ATTENTION:
                         ATT: EDWARD MCELROY
                         EICHEN CRUTCHLOW ZASLOW & MCEL
                         563 LAKEHURST RD
                         TOMS RIVER      NJ 08755-8044


JUMGHA0
```

EXHIBIT "B"

**New Jersey Police Crash Investigation Report**

Page 1 of 1   ☐ Fatal   ☐ Reportable   ☐ Non-Reportable   ☐ Change Report

| 1 Case Number | 10 Crash Occurred On: | TALMADGE ROAD | W | 11 Speed Limit 410 | |
|---|---|---|---|---|---|
| 15043855 | | | | | |

2 Police Dept of: **Edison Police**   Code **01**

☐ At Intersection with   Road Name   Dir
☐ Feet   N   E
☐ Miles   S   W   **NATIONAL ROAD**   17 Cross Road Name   **215**
☐ Ramp   To / From:
21 Latitude   20 Route/Name   22 Longitude

3 Station/Precinct

| 4 Date of Crash | 5 Day of Week | 6 Time (use 2400 hrs) | 7 Municipality Code |
|---|---|---|---|
| 09 14 yy | Su M Tu W Th F Sa | 08:07 | 1205 |

8 Total Killed   9 Total Injured **2**

| 23 Veh No | 24 Policy No. | 26 Ins Code | 53 Veh No | 54 Policy No. | 65 Ins Code |
|---|---|---|---|---|---|
| 1 | 01469479-1 | 413 | 2 | 192552755 | 003 |

☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run
☐ Parked ☐ Ped ☐ Pedalcyclist ☐ Resp to Emergency ☐ Hit & Run

| 28 Driver's First Name | Initial | Last Name | 29 Sex | 56 Driver's First Name | Initial | Last Name | 69 Sex |
|---|---|---|---|---|---|---|---|
| JOSEPH | D | LIGHT | M | JULIO | F | HERNANDEZ | M |

30 Eyes **4**   57 Number and Street **417 PORT READING AVE**   60 Eyes

27 Number and Street **8321 21ST AVE APT 3**

| 28 City | State | Zip | 58 City | State | Zip |
|---|---|---|---|---|---|
| BROOKLYN | NY | 11214 | POERT READING | NJ | 07064 |

| 31 State | 32 Drivers License No | 33 DOB mm dd yy | 34 Expires mm dd yy | 61 State | 62 Drivers License No | 63 DOB mm dd yy | 64 Expires mm dd yy |
|---|---|---|---|---|---|---|---|
| NY | 197353244 | 11 18 1989 | 11 20 | NJ | H27184206609752 | 09 13 1975 | 08 19 |

35 Owner's First Name   Initial   Last Name
☐ Same As Driver   **C & M** - **TRUCK REPAIR**

65 Owner's First Name   Initial   Last Name
☐ Same As Driver   **JULIO** F **HERNANDEZ**

36 Number and Street **152 INDUSTRIAL LOOP**
66 Number and Street **417 PORT READING AVE**

| 37 City | State | Zip | 67 City | State | Zip |
|---|---|---|---|---|---|
| STATEN ISLAND | NY | 10309 | POERT READING | NJ | 07064 |

| 38 Make | 39 Model | 40 Color | 41 Year | 42 Plate No | 43 State | 68 Make | 69 Model | 70 Color | 71 Year | 72 Plate No | 73 State |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FORD | Pkup | WT | 2006 | A992UV | NY | TOY | CAM | BK | 2009 | Z37DBF | NJ |

| 44 VIN | 45 Expires | 74 VIN | 75 Expires |
|---|---|---|---|
| 1FTYR10D36PA02830 | 08/17 | 4T1BE46K49U817497 | 04/16 |

46 Vehicle Removed by ☐ Driven ☐ Left at Scene ☐ Towed ☐ Impound ☐ Disabled   47 Authority   ☐ Owner ☐ Driver ☐ Police   **ROADWAY**

76 Vehicle Removed by ☐ Driven ☐ Left at Scene ☐ Towed ☐ Impound ☐ Disabled   77 Authority   ☐ Owner ☐ Driver ☐ Police   **ROADWAY**

48 Alcohol/Drug Test   Given: ☐ No ☐ Yes ☐ Refused
Type: ☐ Breath ☐ Blood ☐ Urine
Results: ___ %   ☐ Pending

78 Alcohol/Drug Test   Given: ☐ No ☐ Yes ☐ Refused
Type: ☐ Breath ☐ Blood ☐ Urine
Results: ___ %   ☐ Pending

49 Hazardous Material   Name or Placard No.   On Board ☐ Spill ☐
79 Hazardous Material   Name or Placard No.   On Board ☐ Spill ☐

50 Carrier No. ☐ USDOT ☐ Other
80 Carrier No. ☐ USDOT ☐ Other

51 Commercial Vehicle Weight   ☐ ≤ 10,000 lbs   ☐ 10,001 – 26,000 lbs   ☐ ≥ 26,001 lbs
81 Commercial Vehicle Weight   ☐ ≤ 10,000 lbs   ☐ 10,001 – 26,000 lbs   ☐ ≥ 26,001 lbs

52 Carrier name
82 Carrier name

Vehicle # 2

**135 Crash Description**

Driver #2 stated that he was traveling westbound on Talmadge Road when vehicle #1, which was attempting to make a left turn from National Road, entered into his lane of travel and this resulted in V#1 impacting the side of V#2. Driver #1 stated that traffic on Talmadge Rd. westbound had stopped and D#1 attempted to make a left turn from National Rd. when D#2, which was passing stopped vehicles, impacted V#1. Investigation revealed D#1 to be at fault; no injuries reported on scene.

136 Damage To Other Property

| Oper. 1 | 137 Charge 39:4-90 | ☐ Multiple Charges | 138 Summons No. F-883810 | Oper. 2 | 139 Charge | ☐ Multiple Charges | 140 Summons No. |
|---|---|---|---|---|---|---|---|

141 Officer's Signature   **Patrolman M. Gurovich**
142 Badge No. **0388**   143 Reviewed By **DuChirico**   Badge No. **0199**   144 Case Status ☐ Pending ☐ Complete

| | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 | 93 | 94 | 95 | Names & Addresses of Occupants - If Deceased, Date & Time of Death |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 1 | - | 25 | M | - | - | - | 9 | 4 | - | - | SAME AS DRIVER # 1 |
| B | 2 | 1 | 1 | - | 40 | M | - | - | - | 9 | 4 | - | - | SAME AS DRIVER # 2 |
| C | | | | | | | | | | | | | | |
| D | | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | | |

NJTR-1 (R3/06)   Police Copy

Received Date: 09/25/2015



Updated 03/10/05

Align with top edge of Report    9/16" from top of this overlay

**Road Divided By**
01 Barrier Median    02 Curbed Median    03 Grass Median    04 Painted Median    05 None

**Temporary Traffic Control Zone**
01 None    02 Construction Zone    03 Maintenance Zone    04 Utility Zone    05 Incident Zone

**Light Condition**
01 Daylight    03 Dusk    05 Dark (no street lights)    07 Dark (street lights on, spot)
02 Dawn    04 Dark (street lights off)    06 Dark (street lights on, continuous)

**Road System**
01 Interstate    03 State/Interstate Authority    05 County    07 Municipal    09 Private Property
02 State Highway    04 State Park or Institution    06 Co Auth, Park or Inst    08 Mun Auth, Park or Inst    10 US Gov Property

**Road Character**
01 Straight and Level    03 Straight at Hillcrest    05 Curve and Grade
02 Straight and Grade    04 Curve and Level    06 Curve at Hillcrest

**Road Surface Type**
01 Concrete    02 Blacktop    03 Gravel    04 Steel Grid    05 Dirt

**Road Surface Condition**
01 Dry    02 Wet    03 Snowy    04 Icy    05 Slush    06 Water (Standing/Moving)    07 Sand, Mud, Dirt    08 Oil

**Environmental Condition**
01 Clear    03 Snow    05 Overcast    07 Blowing Snow    09 Severe Crosswinds
02 Rain    04 Fog/Smog/Smoke    06 Sleet/Hail/Freezing Rain    08 Blowing Sand/Dirt

**Total Number of Motor Vehicles Involved in Crash**

**Crash Type**

with Other MV as First Event

01 Same Direction ( Rear End )    07 Left Turn / U Turn
02 Same Direction (Side Swipe)    08 Backing
03 Right Angle    09 Encroachment
04 Opposite Direction (Head On, Angular)
05 Opposite Direction (Side Swipe)
06 Struck Parked Vehicle

with Below as First Event
10 Overturned
11 Fixed Object
12 Animal
13 Pedestrian
14 Pedalcyclist
15 Non-fixed Object
16 Railcar -vehicle

**Oversize/Overweight Permit ?** Veh 1  Veh 2
(Comm Veh Only)
01 Yes    02 No

**Vehicle Type    Passenger Vehicles (01-19)**  Veh 1  Veh 2
01 Car/Station Wagon/Minivan    11 Moped
02 Passenger Van ( < 9 Seats)    12 Streetcar/Trolley
03 Cargo Van (10K lbs or less)    13 Pedalcycle
04 Sport Utility Vehicle
05 Pickup    07 All Terrain Vehicle
06 Recreational Vehicle    08 Motorcycle
    09 (reserved)
10 any previous w/Trailer    19 Other Pass Vehicle

Trucks / Bus (20-30)
20 Single Unit (2 axle)
21 Single Unit (3+ axle)
22 Light Truck w/trailer
23 Single Unit Truck w/Trailer
24 Truck Tractor (Bobtail)
25 Tractor Semi-Trailer
26 Tractor Double
27 Tractor Triple

29 Other Truck

30 Bus / Large Van
(9 or more Seats)

**Vehicle Use**  Veh 1  Veh 2
01 Personal    03 Government
02 Business/Commerce    04 Responding to Emergency
    05 Machinery In Use

**Special Function Vehicles**  Veh 1  Veh 2
01 Work Equipment    06 Taxi/Limo    11 Other Bus
02 Police    07 Veh Used as School Bus    12 Veh Used as Snowplow
03 Military    08 Veh Used as Other Bus    13 Vehicle Towing Another Veh
04 Fire/Rescue    09 School Bus
05 Ambulance    10 Transit Bus

**Cargo Body Type (Comm Veh Only)**  Veh 1  Veh 2
01 Bus (9-16 seats)    04 Cargo Tank    07 Concrete Mixer    11 Pole (Trailer)
02 Bus (> 16 seats)    05 Flatbed    08 Auto Transporter    12 Intermodal Chassis
03 Van/Enclosed Box    06 Dump    09 Garbage/Refuse    13 No Cargo Body
    10 Hopper (grain,gravel,chips)

**Direction of Travel of Vehicle**  Veh 1  Veh 2
01 North    02 East
03 South    04 West

**Which Vehicle Occupied**
1 Vehicle 1    B Pedalcycle
2 Vehicle 2    P Pedestrian    O Other

**Location of Most Severe Physical Injury**
01 Head    07 Shoulder / Upper Arm
02 Face    08 Elbow / Lower Arm / Hand
03 Eye    09 Abdomen / Pelvis
04 Neck    10 Hip / Upper Leg
05 Chest    11 Knee / Lower Leg / Foot
06 Back    12 Entire Body

**Position In/On Vehicle**
01 Driver    02 thru 09 Passengers
10 Cargo Area    11 Riding/Hanging on Outside

**Ejection From Vehicle**
01 Not Ejected    03 Ejected
02 Partial Ejection    04 Trapped

**Type of Most Severe Physical Injury**
01 Amputation    05 Burn
02 Concussion    06 Fracture / Dislocation
03 Internal    07 Complaint of Pain
04 Bleeding
05 Contusion/Bruise/Abrasion

**Victim's Physical Condition**
01 Killed
02 Incapacitated
03 Moderate Injury
04 Complaint of Pain

**Safety Equipment**
01 None    07 (reserved)
02 Lap Belt    08 Airbag
03 Harness    09 Airbag & Seatbelts
04 Lap Belt    10 Safety Vest (Ped only)
    & Harness
05 Child Restraint    **Airbag Deployment**
06 Helmet    01 Front    07 Other
    02 Side    08 Multiple

Age    Sex

Avail    Used    Hosp Code

Cut here 21/32 " from left

Cut here  1 9/16 " from bottom

Cutting at designated positions will permit arrows on each side to be displayed when the appropriate overlay is paged.  It will also permit the first overlay to be slightly longer than the second for easy paging.
Printing should be done Portrait, Duplex, Flip on Short Edge

State of New Jersey
Police Crash
Investigation
Report  NJTR-1

Use Code 00 for Unknown.

Use Code 99 for Other.

Explain Other in  Crash Description

Also, Explain Items Marked with asterisk (*) in Crash Description

If an Item Does Not Apply, Enter a Dash ( - )

NOTE:
Boxes 1 - 7 must be completed for all pages of the report.

Boxes 8-22  and 96-105 are only required on page 1 of the report.

All other information is completed as necessary.

Websites for :

Crash References :
http://www.state.nj.us/transportation/refdata/accidents/policeres/shim

Insurance Codes :
5 digit NAIC -  http://www.nj.gov/dobi/data/inscomp.htm
3 digit MVC -  http://www.state.nj.us/mvc/numeric.pdf

Hospital Codes :
http://www.state.nj.us/health/ems/jems.pdf

Overlay Page 1 of 2



Align with top edge of Report    1/2" from top of this overlay

**State of New Jersey Police Crash Investigation Report  NJTR-1**

Use Code 00 for Unknown.

Use Code 99 for Other.

Explain Other in Crash Description

Also, Explain Items Marked with asterisk (*) in Crash Description

If an Item Does Not Apply, Enter a Dash ( - )

**Eye Color** (box 30, 60)
1 - Black    4 - Blue
2 - Brown    5 - Hazel
3 - Gray    6 - Green
7, 8, and 9 = Other

**Vehicle Color Codes** (box 40, 70)
Beige    BG
Black    BK
Blue    BL
Brown    BN
Coral    CL
Cream    CM
Gold    GD
Gray    GY
Green    GN
Maroon    MN
Orange    OG
Pink    PK
Purple    PL
Red    RD
Silver    SL
Tan    TN
Turquoise    TQ
White    WT
Yellow    YL

**Overlay Page 2 of 2**

**Apparent Contributing Circumstances**

**Driver/Pedalcyclist Actions ( 01 - 29 )**
01 Unsafe Speed
02 Driver Inattention
03 Failed To Obey Traffic Control Device
04 Failed To Yield ROW to Vehicle/Pedes.
05 Improper Lane Change
06 Improper Passing
07 Improper Use/Failed to Use Turn Signal
08 Improper Turning
09 Following Too Closely
10 Backing Unsafely
11 Improper Use/No Lights
12 Wrong Way
13 Improper Parking
14 Failure To Keep Right

26 None

29 Other Driver/Pedalcyclist Action

**Vehicle Factors . ( 31 - 49 )**
31 Defective Lights
32 Brakes *
33 Steering *
34 Tires *
35 Wheels *
36 Windows/ Windshield *
37 Mirrors *
38 Wipers *
39 Veh Coupling/Hitch/Safety Chains *

49 Other Vehicle Factor

**Road / Environ. Factors . ( 51 - 60 )**
51 Road Surface Condition
52 Obstruction/Debris In Road
53 Ruts, Holes, Bumps *
54 Control Device Defective or Missing *
55 Improper Work Zone *
56 Physical Obstructions (Viewing, etc) *
57 Animals In Roadway *
58 Improper/Inadequate Lane Markings *
59 Sunglare *

60 Other Roadway Factors

**Pedestrian Factors . ( 71 - 89 )**
71 Failed To Obey Traffic Control Device
72 Crossing Where Prohibited
73 Dark Clothing/Low Visibility to Driver
74 Inattentive *
75 Failure to Yield ROW
76 Walking on Wrong Side of Road
77 Walking in Road When Sidewalk Present
78 Running/Darting Across Traffic

85 None

89 Other Pedestrian Factors

**Apparent Physical Status**
01 Apparently Normal
02 Alcohol Use
03 Drug Use (Illicit) *
04 Medication *
05 Alcohol & Drug/Medication Use *
06 Physical Handicaps *
07 Illness
08 Fatigue
09 Fell Asleep

**Cell Phone in Use By Driver**
01 Handheld
02 Hands Free

**Vehicle / Pedalcyclist Action (01-29)**
01 Going Straight Ahead
02 Making Right Turn (not turn on red)
03 Making Left Turn
04 Making U Turn
05 Starting From Parking
06 Starting In Traffic
07 Slowing or Stopping
08 Stopped In Traffic
09 Parking
10 Parked
11 Changing Lanes
12 Merging/Entering Traf Lane
13 Backing
14 Driverless / Moving
15 Passing
16 Negotiating Curve
17 Driving on Shoulder
18 Right Turn on Red

29 Other Veh/Cyclist Action

**Pedestrian Action (31-49)**
31 Pedestrian Off Road
32 Walking To/From School
33 Walking/Jogging with Traffic
34 Walking/Jogging Against Traffic
35 Playing In Road
36 Standing/Lying/Kneeling in Road
37 Getting On/ Off Vehicle .
38 Pushing/Working on Vehicle
39 Other Working in Roadway
40 Approaching/Leaving Schoolbus
41 Coming From Behind Parked Veh.
42 (reserved)

**Pre-Crash Action**
**At Intersection**
43 Crossing at "marked" Crosswalk
44 Crossing at "unmarked" Crosswalk
**At Mid-Block**
45 Crossing at "marked" Crosswalk
46 Crossing / Jaywalking

49 Other Pedestrian Action

**Traffic Controls**
01 Police Officer
02 RR Watchman, Gates, etc
03 Traffic Signal
04 Lane Markings
05 Channelization - Painted
06 Channelization - Physical
07 Warning Signal
08 Stop Sign
09 Yield Sign
10 Flagman
11 No Control Present
12 Flashing Traffic Control
13 School Zone (Signs/Controls)
14 Adult Crossing Guard

**Sequence of Events (select up to 4 for each vehicle)**

**Non Collision ( 01 - 19 )**
01 Overturn / Rollover
02 Fire / Explosion
03 Immersion
04 Jackknife
05 Ran Off Road - Right
06 Ran Off Road - Left
07 Crossed Median / Centerline
08 Downhill Runaway
09 Cargo / Equipment Loss or Shift
10 Separation of Units
11 Fell / Jumped From Vehicle
12 Thrown / Falling Object
13 Equipment Failure

19 Other Non Collision

**Collision w/ Person, MV, or Non-Fixed Object ( 21 - 39 )**
21 Pedalcyclist
22 Pedestrian
23 Train / Trolley / Other Railcar
24 Deer
25 Other Animal
26 MV in Transport
27 MV in Transport, Other Roadway
28 Parked MV
29 Work Zone or Maint. Equipment
30 Struck By Object Set In Motion By MV

38 Other Non-Fixed Object

**Collision w/ Fixed Object ( 41 - 60 )**
41 Impact Attenuator / Crash Cushion
42 Bridge Overhead Structure
43 Bridge Pier or Support
44 Bridge Parapet End
45 Bridge Rail
46 Guardrail Face
47 Guardrail End
48 Concrete Traffic Barrier
49 Other Traffic Barrier
50 Traffic Sign Support
51 Traffic Signal Standard
52 Utility Pole
53 Light Standard
54 Other Post, Pole, Support
55 Culvert
56 Curb
57 Ditch
58 Embankment
59 Tree
60 Fence
61 Mailbox
62 Fire Hydrant
69 Other Fixed Object

**Clockpoint Diagram**

11 12 01
10        02
09        03
08        04
07 06 05

13 Roof
14 Undercarriage
15 Overturned
17 None Visible

Vehicle Impact Area

Cut here at bottom

Align with top edge of Report    1/2" from top of this overlay (repeated markings on right side — Veh 1/2 fields)

EXHIBIT "C"

EICHEN CRUTCHLOW ZASLOW & MCELROY
EDWARD MCELROY, ESQ. (055771994)
563 Lakehurst Road
Toms River, New Jersey 08755
(732) 575-1400
Attorneys for Plaintiff

| | |
|---|---|
| JULIO F. HERNANDEZ | : SUPERIOR COURT OF NEW JERSEY<br>: LAW DIVISION-MIDDLESEX COUNTY<br>: DOCKET NO.: L   1482 17 |
| Plaintiff, | : |
| | :         Civil Action |
| vs. | : |
| | : SUMMONS |
| JOSEPH D. LIGHT, C&M TRUCK | : |
| REPAIR and JOHN DOES 1-10, | : |
| Defendant | : |

THE STATE OF NEW JERSEY, TO THE ABOVE NAMED DEFENDANT(S):
C&M TRUCK & TIRE REPAIR

    The plaintiff named above has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (The address of each deputy clerk of the Superior Court is provided.) If the Complaint is in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ, 08625. A filing fee of $250.00 for Law Division cases or $175.00 for Chancery Division cases payable to the Treasurer State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and service a written answer or motion (with fee and completed Case Information Statement) if you want the Court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the Court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

DATED:  March 20, 2017

/s/ MICHELLE M. SMITH
MICHELLE M. SMITH, Clerk, Superior Court

Name of Defendant to be served: **C&M TRUCK & TIRE REPAIR,  152 INDUSTRIAL LOOP, SI, NY 10309**

# EICHEN CRUTCHLOW ZASLOW & MCELROY, LLP

### ATTORNEYS AT LAW

BARRY R. EICHEN ‡ § ◊
WILLIAM O. CRUTCHLOW ‡§
DARYL L. ZASLOW ‡§
EDWARD MCELROY
EVAN ROSENBERG
MATTHEW R. EICHEN
THOMAS F. RINALDI ‡
ASHLEY A. SMITH ‡

563 Lakehurst Road
Toms River, New Jersey 08755

Tel: (732) 575-1400
Fax: (732) 281-5591

www.njadvocates.com

AFFILIATE OFFICES
EDISON
RED BANK

March 20, 2017

**VIA CERTIFIED & REGULAR MAIL — 7015 1730 0001 2791 9232**
C&M Truck & Tire Repair
152 Industrial Loop
Staten Island, NY  10309

Re:     Julio F. Hernandez v. Light & C&M Truck Repair
          Docket No.: MID L 1482 17

Dear Sir:

Service is hereby being made upon you of the enclosed Summons and Complaint in regard to the above-captioned matter.  In accordance with the Court Rules, please be advised that you have 35 days within which to file an Answer to same.

Kindly turn these documents over to your insurance carrier and have them file an Answer on your behalf at your earliest convenience.

Thank you.

Very truly yours,

EDWARD MCELROY

EM:hr
Enc.

‡  Certified by the Supreme Court of New Jersey as a Civil Trial Attorney
Also Admitted To Practice Law In:  ◊ Florida   ‡ New York;  § Pennsylvania

EXHIBIT "D"

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Newark Vicinage)**

| | |
|---|---|
| JULIO F. HERNANDEZ, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| JOSEPH D. LIGHT; C&M TRUCK REPAIR; and JOHN DOES (1-10) (fictitious names), | |
| Defendants. | |

## ANSWER AND SEPARATE DEFENSES, OF DEFENDANTS, JOSEPH D. LIGHT AND C&M TRUCK REPAIR

Defendants, Joseph D. Light and C&M Truck Repair, LLC (hereinafter referred to as "Defendants"), by way of Answer to the plaintiff's, Julio F. Hernandez ("Mr. Hernandez" or "Plaintiff"), Complaint hereby responds and says:

### FIRST COUNT

1.      Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph, and the same are accordingly denied and strict proof thereof is demanded at the time of trial.

2.      Admitted.

3.      Denied.

4.      Denied.

**WHEREFORE** Defendants, Joseph D. Light and C&M Truck Repair, LLC, hereby demands dismissal of the Complaint with prejudice, and respectfully requests that the Court enter a judgment in its favor and against the Plaintiff for attorneys' fees and costs and any other relief that this Court deems just and appropriate.

## SECOND COUNT

1.    Defendants hereby incorporate its answers to the proceeding paragraphs of the Complaint as if set forth at length herein.

2.    Admitted.

3.    Denied.

4.    Denied.

**WHEREFORE** Defendants, Joseph D. Light and C&M Truck Repair, LLC, hereby demands dismissal of the Complaint with prejudice, and respectfully requests that the Court enter a judgment in its favor and against the Plaintiff for attorneys' fees and costs and any other relief that this Court deems just and appropriate.

## THIRD COUNT

1.    Defendants hereby incorporate its answers to the proceeding paragraphs of the Complaint as if set forth at length herein.

2.    Denied.

**WHEREFORE** Defendants, Joseph D. Light and C&M Truck Repair, LLC, hereby demands dismissal of the Complaint with prejudice, and respectfully requests that the Court enter a judgment in its favor and against the Plaintiff for attorneys' fees and costs and any other relief that this Court deems just and appropriate.

## FOURTH COUNT

1.    Defendants hereby incorporate its answers to the proceeding paragraphs of the Complaint as if set forth at length herein.

2.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in this paragraph, and the same are accordingly denied and strict proof thereof is demanded at the time of trial.

**WHEREFORE** Defendants, Joseph D. Light and C&M Truck Repair, LLC, hereby demands dismissal of the Complaint with prejudice, and respectfully requests that the Court enter a judgment in its

favor and against the Plaintiff for attorneys' fees and costs and any other relief that this Court deems just and appropriate.

## SEPARATE DEFENSES

1.      The Complaint fails to state a claim upon which relief can be granted, and Defendants reserve the right to move to dismiss.

2.      Plaintiff's claims as against Defendants, as referenced in the Complaint, are barred in whole or in part, by the doctrine of laches.

3.      Plaintiff's claims as against Defendants, as referenced in the Complaint, are barred in whole or in part, by the doctrine of waiver.

4.      Plaintiff has not joined all parties necessary for the adjudication of this action, and Defendants reserve the right to move to dismiss.

5.      Plaintiff's claims as against Defendants, as referenced in the Complaint, are barred in whole or in part, by the doctrine of accord and satisfaction.

6.      Plaintiff's claims as against Defendants, as referenced in the Complaint, are barred in whole or in part, by the doctrine of estoppel.

7.      Plaintiff's claims as against Defendants, as referenced in the Complaint, are barred in whole or in part, by the doctrine of unclean hands.

8.      Defendants were not negligent.

9.      Defendants performed each and every duty owed to the Plaintiff, if any.

10.     Recovery is barred or precluded by Plaintiff's own negligence.

11.     Plaintiff's claims are barred, limited or diminished and reduced by the doctrine of comparative negligence under the New Jersey Comparative Negligence Act, N.J.S.A. 2A:15-5.1 *et seq.*

12.     Plaintiff's claims are barred, limited  or diminished and reduced by New Jersey's Joint Tortfeasor Contribution Act, N.J.S.A. 2A:53A-1, *et seq.*

13.     Defendants deny proximate cause.

3

14.    At the time and place set forth in Plaintiff's Complaint, the Plaintiff assumed the risk of the conduct in which they were engaging and, accordingly, this action is barred.

15.    Defendants deny any claim for strict liability, if any.

16.    Defendants deny any claim for compensatory and/or punitive damages.

17.    Plaintiff's claims are barred in whole, or in part, by the applicable statute of limitations.

18.    Any and all injuries or damages alleged to have been suffered by the Plaintiff were caused solely by the negligence of independent third parties over whom the Defendants exerted no control.

19.    Plaintiff's claims were caused, in whole or in part, by his failure to make proper use of their vehicle's safety devices, including, but not limited to, a seatbelt.

20.    Plaintiff's claims are barred, in whole or in part, by the Collateral Source Rule. *See* N.J.S.A. 2A:15-97.

21.    Recovery is barred, precluded or diminished by Plaintiff's failure to mitigate damages.

22.    This case is barred, in whole or in part, by the doctrine of avoidable consequences.

23.    This case is barred, in whole or in part, by the entire controversy doctrine.

24.    This case is barred, in whole or in part, by the doctrine of *res judicata*.

25.    This case is barred, in whole or in part, by the doctrine of joint enterprise.

26.    This case is barred, in whole or in part, because Plaintiff lacks standing.

27.    This case is barred, in whole or in part, because the dispute is moot.

28.    This case is barred, in whole or in part, by lack of jurisdiction.

29.    The Summons, or service thereof, is defective and Defendants reserve the right to move to quash service of process of dismiss the Complaint.

30.    This case is barred because of Plaintiff's failure to join an indispensable party without whom this action cannot proceed.

31.    This action is barred because of insufficiency of process.

4

32.     Plaintiff's claims are barred in whole, or in part, by any and all applicable federal and state statutes and regulations pertaining to interstate commerce, trucking and special hauling permits.

33.     Plaintiff's claim is barred in whole, or in part, by F.R.C.P. 11 (b), and, as presented, is frivolous, improper, intended to harass, is unwarranted, baseless and is lacking in evidentiary support, and as a result, Defendants are entitled to sanctions.

## DEMAND FOR JURY TRIAL

Defendants, Joseph D. Light and C&M Truck Repair, LLC, and hereby demands a trial by jury as to all issues.

## CERTIFICATION

I certify that the matter in controversy is not the subject of any other pending action.  I know of no other parties to be joined at this time other than those named herein.

I am aware that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**CIPRIANI & WERNER, P.C.**

MARC R. JONES, ESQUIRE (NJ#016022001)
Attorneys for Defendants – Joseph D. Light and C&M Truck
Repair
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mjones@c-wlaw.com

DATED:          April 3, 2017

5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Newark Vicinage)**

| | |
|---|---|
| JULIO F. HERNANDEZ, | |
| Plaintiff, | |
| v. | Civil Action No.: |
| JOSEPH D. LIGHT; C&M TRUCK REPAIR; and JOHN DOES (1-10) (fictitious names), | |
| Defendants. | |

**CERTIFICATION OF FILING AND SERVICE OF ANSWER AND SEPARATE DEFENSES ON BEHALF OF DEFENDANTS, JOSEPH D. LIGHT AND C&M TRUCK REPAIR**

The undersigned hereby certifies and confirms that the Answer and Separate Defenses on behalf of the defendants, Joseph D. Light and C&M Truck Repair, was e-filed with the United States District Court of New Jersey on _____ and that a hard copy was also sent to counsel for Plaintiff via Priority Mail at the following address:

Edward McElroy, Esquire
Eichen, Crutchlow, Zaslow & McElroy
563 Lakehurst Road
Toms River, NJ 08755
emcelroy@njadvocates.com
**Attorneys for Plaintiff – Julio F. Hernandez**

I am aware that the foregoing statements made by me are true.

6

I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

CIPRIANI & WERNER, P.C.

MARC R. JONES, ESQUIRE (NJ#016022001)
Attorneys for Defendants – Joseph D. Light and C&M Truck
Repair
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mjones@c-wlaw.com

DATED:          April 3, 2017

7