UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JULIO F. HERNANDEZ, : CIVIL ACTION NO. 17-2224 (SDW-LDW)

        Plaintiff(s), :

    v. :

JOSEPH D. LIGHT, ET AL., 

        Defendant(s), :

## CIVIL JUDGMENT

**IT APPEARING** that an Arbitration Award was filed on April 18, 2018, and that 30 days have elapsed from the entry of the award without any party demanding a trial de novo;

**IT IS** on this 24th day of May, 2018,

**ORDERED** that in accordance with the Arbitration Award and Local Civil Rule 201.1(g), the Arbitration Award is UNSEALED and JUDGMENT is entered.

BY THE COURT:

_____
SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

**ATTEST:**

**BY: s/James Quinlan, Arbitration Clerk**

DNJ-Arb-003