UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Newark Vicinage)

| | |
|---|---|
| JULIO F. HERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH D. LIGHT; C&M TRUCK REPAIR; and JOHN DOES (1-10) (fictitious names), <br><br> Defendants. | Civil Action No.: 2:17-cv-2224 (SDW) (LDW) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having been amicably adjusted and satisfactorily arbitrated among and between the parties and same UNSEALED and ENTERED by the Court by Order dated May 24, 2018, it is hereby STIPULATED and AGREED that this matter be DISMISSED WITH PREJUDICE as to any and all claims.

EICHEN, CRUTCHLOW, ZASLOW & McELROY

_____
EVAN ROSENBERG, ESQUIRE
Attorneys for Plaintiff – Julio F. Hernandez

DATED: 6/11/2018

CIPRIANI & WERNER, P.C.

_____
MARC R. JONES, ESQUIRE
Attorneys for Defendants – Joseph D. Light and C&M Truck & Tire Repari

DATED:       May 29, 2018